# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0961

VERSUS

JAYSON LEE FIGUEROA

**OCTOBER 5, 2023**

---

In Re:    Jayson Lee Figueroa, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 615511.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling, all of the district court minutes from his case, the transcript of the motion to quash hearing, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of securing a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_Aujedha Zdiekins_
DEPUTY CLERK OF COURT
FOR THE COURT